# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**JASON J. NICHOLAS**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201400038**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 11 October 2013.
**Military Judge**: Maj Nicholas A. Martz, USMC.
**Convening Authority**: Commanding Officer, Headquarters and Headquarters Squadron, Marine Corps Air Station, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: Maj J.T. Leggett, USMC.
**For Appellant**: CDR Boyce A. Crocker, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court